```
               LAW OFFICE of
            CHRISTOPHER P. NALLEY
              432 FOREST AVENUE
         STATEN ISLAND, NEW YORK 10301
            TEL NO. (718)-816-9060
            FAX NO. (718)-816-7669
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

January 6, 2020

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

RE:  UNITED STATES v. LORRAINE SHANLEY
     19 Cr. 383 (SHS)

Dear Judge Stein:

As the Court is aware, I am the attorney for Lorraine Shanley.

The Defendant is schedule for sentencing on January 14, 2020.

By your order I was to submit my sentencing memorandum by January 2, 2020.

On January 2, when I attempted to do same I had problems with my Pacer account.

I have been trying since then to fix same but as of this morning I have not been able to.

I emailed my sentencing memorandum to AUSA Brett M. Kalikow on January 4, 2020.

I am asking that the court allow me to file my sentencing memorandum and the attachments late.

AUSA Brett M. Kalikow indicated to me that he would consent.

I apologize to the Court, as well as the Government, for any inconvenience my late filing has caused.

I thank the Court for its anticipated cooperation in this matter.

                                        Very truly yours,

                                        *[signature]*
                                        CHRISTOPHER P. NALLEY

CPN/lm
cc:  Brett M. Kalikow

SO ORDERED 1/6/2020

*[signature]*
SIDNEY H. STEIN
U.S.D.J.