# Exhibit A

November 12, 2019

Honorable Sidney H Stein
US District Judge Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007

Re: Victims Impact Statement

Dear Judge Stein,

I'd like to introduce myself as co-founder of Survivors of the Shield, Mary Beth O'Neill. I am the widow of Police Officer Thomas Ruotolo. On February 14th 1984 Thomas was shot and killed by a career criminal who was on parole. Thomas was 30 years old and I was now a 27 year old widow maneuvering through the grief that I can't even describe. My dreams, hopes and plans for a future had been shattered. I was shattered. Those dreams hopes and plans were now replaced with anger, fear and loneliness. A complicated life I was not familiar with.

Over the next few years I met other NYPD line of duty widows. We shared our stories, our challenges tears and even laughter. It became clear that we honored not only our spouses, but also ourselves by sharing memories. I realized that the road to healing begins with talking about what happened with people who understand, they understand because they have been there. From this Survivors of the Shield was conceived. Survivors of the Shield was founded in 1988 in an effort to serve the families of the NYPD fallen officers by providing emotional and economic assistance.

When I first learned of the crimes committed by Lorraine Shanley against SOS I was in disbelief. But the facts were clear. She had stolen from this organization that was founded out of honor and respect. I along with the other survivors was once again a victim of crime. And the tears began to flow, but not for me or my beloved organization, but for the men and women of the NYPD who so generously gave to Survivors of the Shield.

Immediately, I flashback to the day in February 1984 when a police officer came to the door of my house. He was holding a box of Tommy's belongings. Later that evening when alone I reverently went through the box. I smelled his clothes in hopes of a whiff of him, I held a chain that he wore around his neck as I opened a clear bag that held the money he had in the pocket of his blue uniform. I counted $2.83, $2.83.

I ask of you Honorable Judge Stein, that when contemplating the sentence that you give Lorraine Shanley please consider all she has stolen and from whom she has stolen. It is clear that there is a definite dollar amount, but what is the value of a reputation? Survivors of the Shield's reputation has been sullied. This dishonor will likely have major ramifications in the future and should be taken into consideration.

Lorraine Shanley's betrayal of trust placed in her by the members of Survivors of the

Shield is gut wrenching. She stole from families who have sacrificed so much in the name of service. I am sickened by this, but the greatest crime was stealing from those who out of respect and loyalty generously donated to the organization, those who put their lives at risk every day protecting the people of New York.

When determining a sentence please think of them and think of police officer Thomas Ruotolo who went to work that Valentine's Day with $2.83 in his pocket.

Thank you.

Sincerely,

Mary Beth O'Neill

Mary Beth O'Neill
Widow of Police Officer Thomas Ruotolo

November 12, 2019

Honorable Sidney H Stein
US District Judge Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007

Re: Victims Impact Statement

Dear Judge Stein,

I'd like to introduce myself as President of Survivors of the Shield, Kathleen Vigiano, former US Navy 2nd class and retired NYPD Police Officer. I am the widow of Detective Joseph Vigiano ESU Truck 2, EOW September 11, 2001. On the day my husband was killed, my sons were 8, 6, and 3 months. That day my life as I knew it ended. I lost my husband, his brother, many friends, my job as I knew it, and the smile on my sons faces.

As a Police Officer, before my husband was killed, we attended many Line of Duty Police funerals. These Police Officers were killed because they did my job, and I knew it could happen to Joe or me or any of my friends, at any time. We attended these funerals and memorials to honor our coworkers and their families even though we did not know them. We bought tee shirts from the officer's commands and attended 10-13 parties for the families.

Joe and I were just making ends meet. I went to work each day with 5 dollars in my pocket for my meal. This is why I know that the money the police officers donate from their paychecks is very meaningful. It is donated to honor their coworkers and help support their families.

I was honored when asked to assist with SOS by the founding members. I admired these women, Kathleen Murray a Professor and Mary Beth O'Neill who also lost her second husband and raised her two children alone. Two of my sons had graduated college the third was still in high school.

As a new volunteer, I became involved in the management of the website and modernization of its operations. I noticed they were coming up on 30 years as an organization. I thought, wouldn't it be a nice idea to honor these women and the past presidents with a dinner. It was then that I noticed discrepancies in the tax returns; we are widows of NYPD officers killed in the line of duty and were being victimized from within. As a police officer and as a widow I have witnessed deceptive and fraudulent practices against line of duty families. This time was from within. At first I was confused I did not know who this woman Lorraine Shanley was, I never met this woman. I tried looking up her name on the Survivors of the Shield list of widows, then the NYPD Fallen Officers web site, then on the Officer Down web site. I could not find her or her husband's name.

We immediately consulted an attorney who contacted the U.S. Attorney's office and initiated an investigation.

When told the easiest thing to do would be to disband Survivors of the Shield. My heart broke at that thought. All the years' work our past widows have accomplished to improve the lives, of the widows, children and officers made disbanding not an option for me.
My first thought was of my mother-in-law and her license plates. My mother-in-law cherishes the plates on her car that bear my husbands shield number. They mean more then you can imagine to our families. SOS plates are issued to widows, parents and children of officers killed in the performance of their job if they would like them.

I knew we had to prosecute this woman,
We requested through our lawyer all Survivors of the Shield property be returned. We received two checkbooks with missing checks and no ledger.

She stole from every NYPD officer who so generously donated to our organization. She brought dishonor and shame to SOS, ruined the reputation of Survivors of the Shield, and stole our good name.

Lorraine Shanley did not misappropriate funds, she deliberately defrauded its members she used deception and fraud. I know now that members were denied money for their children's college education; they were told we didn't have the funds. I saw in one newspaper that she thought she was entitled because she had a special needs grand child. We have members with special needs who were given no help what so ever.

In our efforts to rebuild SOS, we are working on legislation to help improve lives of widows and children, including scholarship to include part-time college, elimination of reoccurring license plate fees, and reduced home-owners tax similar to Purple Heart recipients. All of this came to a screeching halt with the news of Ms. Shanley's guilty plea.

The new board has implemented new procedures, so this never happens again. We hope to rebuild this organization and our good name and stand by our motto "To Honor and Remember."

We should have been celebrating our 30th year and what the founding members have accomplished instead Lorraine Shanley has brought scandal to our organization.

I ask that the fraud Lorraine Shanley carried out against us be punishable by not only paying back what she stole with interest but also by incarceration. Simply repaying what was taken would be a zero interest loan. It is incarceration that will send a message to Ms. Shanley and anyone else who steals.

Survivors of the Shield is the only organization where your spouse has to be a New York City Police Officer killed in the performance of his job to become a member.

Thank you for your time.
Respectfully,

Kathleen Vigiano
Kathleen Vigiano
Widow of Detective Joseph Vigiano
President
Survivors of the Shield

November 15, 2019

Honorable Sidney H Stein
US District Judge Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

Survivors of the Shield was founded by three NYPD line of duty widows with the idea that this organization might be able to establish some equality among the line of duty families benefits.
They worked diligently to achieve these goals and many more. Along the way, there was the opportunity of fundraising for its members.

It is my understanding that Lorraine Shanley visited many precincts over the years to speak to officers and have them designate Survivors of the Shield to receive their charitable donations.
Members of the NYPD agreed to donate every two weeks with funds coming out of their paychecks.

When I think of the young officers giving generously to SOS and taking money from their own families because of their loyalty to line of duty families, I am sickened that this woman used $400,000.00 for her own purposes.

When I see elderly widows from the 1960's with extremely small pensions who could have used the $400,000.00 that this woman stole, I am furious!

When I remember that this woman attended police functions with me while she was stealing $400, 000.00 of our organization's money, I seek justice!

What Lorraine did was a crime. The fact that she took from money men & women who gave from their own pockets out of sympathy & loyalty is despicable!

I ask that she be required to make retribution to Survivors of the Shield and be prosecuted to the fullest extent of the law.

Thank you for your time,

Grace M. Russell
Grace M. Russell
Past President of Survivors of the Shield
NYPD Line of Duty Widow 1979

November 22, 2019

Honorable Sidney H Stein
US District Judge Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007

Dear Judge Stein,

Good afternoon, my name is Rita Williams and I'm a line of duty widow with the New York City Police Department. I am a member and past Vice President of Survivors of the Shield, a support organization created by three line of duty widows over 30 years ago., Mary Beth O'Neill, Kathleen Murray and Sue McCormack. These ladies knew we needed more then what we were receiving from the department. They fought for our rights to remarry and keep our pension. Survivors of the Shield allows widows and families of line of duty deaths to come together. We share our pain, thoughts and grief with one another. At our meeting we would have grief counseling, therapist, self defense classes, wellness discussions plenty of laughter and often times way too many tears were shed. Great long lasting friendships were formed. Unfortunately due to the nature of this job there will be more to join SOS, especially post 9/11 survivors, these were families that were able to spend a little more time with their loved ones, but it was not quality time, they had to watch them suffer and then eventually pass away.

How and why Lorraine Shanley felt the need to rob and steal from us I'll never understand. She stole more then just money. She stole the respect of our organization. She stole money from hard working police Officers and others who contributed to a group on a monthly basis. She became "that greedy widow". I am embarrassed and heartbroken. Its not like she used the monies for anything of importance or some sort of medical emergency. She had the opportunity to rob us and she did just that.

I am so disappointed and angry. Once a year we looked forward to receiving a monetary holiday check (depending on what was raised) Because of her thievery, everything came to a halt. We were all punished for her actions.

We have a newly elected board and I look forward to their vision. We would have never know of her actions had it not been for this group. They have so many new

and creative ideas; it is my hope and prayer that they are able to continue. I will never look at Lorraine Shanley as one of us ever again; we don't steal, rob or hurt one another like she has done.

Sincerely,

Rita Williams
LOD Widow November 13, 1989

My name is Maria Dziergowski. I am a NYPD line of duty widow. My husband was killed in 1999. My son Daniel was 8 and I was pregnant with my son Matthew, Jr.

I considered Lorraine Shanley my friend. She lives on Staten Island as do I. She was the first widow to come to my house, check on me and offer her support. The first few years I battled depression and was trying to be strong for my two little boys. So many widows and individuals in the police department helped me and my boys that I wanted to give back. I began visiting sick and injured officers in the hospital. I then started reaching out to new widows trying to help and comfort them in any way I could. I attended memorial services, street namings, funerals and medal ceremonies, often by myself. The president of Survivors of the Shield frequently urged me to run for a position on the board. I did what I could while always putting my sons first. The President often told me that since I was attending so many events, it would be good to say I was representing Survivors of the Shield. Eventually I ran and became Vice President. Ms. Shanley was the Treasurer and had been since before I was widowed. She handled all the finances including banking, paying credit cards, the taxes and audits. All statements went to her house or a P.O. Box to which only she had the key. As time went by, the President of SOS asked me to take over as Treasurer. I initially said no because I was trying to navigate my life being both mother and father to two sons. The President of SOS and Lorraine Shanley approached me at a police function. Ms. Shanley's son was repeatedly getting into trouble with the law while struggling with substance abuse. Ms. Shanley did not want her name associated with Survivors of the Shield because of the bad press due to her son's numerous arrests. SOS President Susan McCormack and Lorraine Shanley asked me to take over as Treasurer but only to distribute bi-annual checks to widows and give scholarships to widows and children attending college. Ms. McCormack told me that since Ms. Shanley had been handling the finances for so long, it would make sense to let her continue.

Against my better judgment I agreed to help out by taking one checkbook for the purpose of sending checks to the widows and children. Ms. Shanley kept the other checkbook.

I continued my work attending many functions. Although allowed to use the SOS credit card for gas, tolls, parking, hotels and event tickets, I never once used it for anything except ordering flowers for funerals. I always used my own money even while taking other widows to

lunch if they needed to talk. Although I distributed thousands of dollars to children for college scholarships, I never took SOS funds for my own son's college tuition because I never felt comfortable issuing a check to my own son.

It was my identity which Lorraine Shanley was charged with stealing. While she had the authority to sign checks, she chose to sign my name. She wrote checks to her landscaper, her dentist, her son's attorney, her grandson's tuition, Broadway tickets and expensive clothes and cosmetics. I thank God the Federal agents examined the signature and knew they were not mine. I often wonder if Ms. Shanley would have come forward to take responsibility if the Federal agents thought I had signed the checks. I spent eighteen years volunteering, spending a lot of my own money which Ms. Shanley was well aware of.

Since I lived near Lorraine Shanley and attended many events with her, I am now being treated very badly by many of the same widows I spent years caring about. I received a certified letter from an attorney hired by the new SOS board instructing me to surrender my SOS license plates, which in turn forced me to hire an attorney to defend my right to possess those plates. Some widows will not answer me when I say hello; they have gotten up and moved when I sit down, they have turned their heads away when I say hello or even wish them a Merry Christmas. After so many years of trying to help and comfort these ladies, while spending much of my own money, I have now become guilty by association. This is all because I trusted Lorraine Shanley, did what I was told to do by the President of SOS, and called Lorraine Shanley my friend.

Dated: January 7, 2020
Staten Island, NY

Maria Dziergowski
Maria Dziergowski