UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,               19-Cr-383 (SHS)

  -v-                                 ORDER

LORRAINE SHANLEY,

               Defendant(s).
------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      The Court has received a letter from the defendant's attorney, Christopher P. Nalley, dated April 7, 2020. Accordingly,

      IT IS HEREBY ORDERED that:

      1. The government shall respond to defendant's application by noon on Friday, April 10, 2020;

      2. There will be a telephone conference on Friday, April 10, at 4:00 p.m.; and

      3. Mr. Nalley has represented in that letter that "the facility has run out of [defendant's] blood pressure medication, as well as her thyroid medication." The Bureau of Prisons is directed to provide the defendant with all needed medications as soon as possible. If, as the defendant's counsel represented, the facility has run out of certain medicines, the BOP shall notify the government as to when the medication will be replenished.

Dated: New York, New York
       April 8, 2020

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.