UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                 19-Cr-383 (SHS)

   -v-                                                              ORDER

LORRAINE SHANLEY,

                      Defendant(s).
------------------------------------------------------------x
SIDNEY H. STEIN, U.S.D.J.

     A teleconference having been held today on defendant's motion for temporary release from custody, with counsel for all parties participating,

     IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion is denied.

Dated: New York, New York
       April 10, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.