UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 19-Cr-383 (SHS) |
| -v- | : | ORDER |
| LORRAINE SHANLEY, | : | |
| Defendant(s). | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The Court has received defendant's *pro se* "Motion for Release to Home Confinement" dated April 30, 2020 [Doc. No. 38]. Accordingly,

IT IS HEREBY ORDERED that:

1. Defendant's *pro se* "Motion for Release to Home Confinement" [Doc. No. 38] is dismissed, without prejudice, and

2. Christopher P. Nalley, Esq. is directed to notify defendant that any motions by defendant shall be made by her attorney, not *pro se.*

Dated:  New York, New York
        May 12, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.