UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Judgment Creditor,

v.

LORRAINE SHANLEY,

        Defendant and
        Judgment-Debtor,

and

NEW YORK CITY POLICE PENSION FUND,

        Garnishee.

19 CR 383-01 (SHS)

**FINAL ORDER**
**OF GARNISHMENT**

WHEREAS, pursuant to the Mandatory Victim Restitution Act, 18 U.S.C. § 3613, and the Federal Debt Collection Procedure Act, 28 U.S.C. § 3205, the United States sought, obtained, and served a writ of garnishment on the New York City Police Pension Fund ("the garnishee") for substantial nonexempt property belonging to or due the defendant-judgment debtor, Lorraine Shanley (Dkts. 40 and 42);

WHEREAS the garnishee answered that it has a monthly benefit in the amount of $7,975.62 for Shanley in its possession, custody, or control that is not subject to federal or state taxes from which the garnishee began withholding 25% upon service of the writ (Dkt. 43);

WHEREAS the United States served Shanley with the garnishment process (Dkt. 44), but she neither claimed an exemption nor requested a hearing or objected to the garnishee's answer, and the statutory time-period in 28 U.S.C. § 3202(d) and 3205(c)(5) to do so has expired;

WHEREAS after receiving the Notice of Settlement of Order (Dkt. 45), counsel for Shanley provided a financial statement and requested a lower rate of withholding than the statutory standard of 25%;

WHEREAS based on Shanley's financial circumstances, the United States has agreed to request the garnishee reduce the rate of withholding to 20% starting with the April 2021 benefit payment;

IT IS HEREBY ORDERED that the garnishee, NEW YORK CITY POLICE PENSION FUND, shall pay to the Clerk of Court within 15 days from the date of this order the nonexempt property it has in its possession, custody, or control belonging to or due the defendant-judgment debtor, LORRAINE SHANLEY, namely 25% of each monthly benefit payment, from the date that garnishee was served with the writ through March 2021 and thereafter 20% of each monthly benefit payment from April 2021 and continuing each pay period until the United States notifies the garnishee that the judgment debt is paid in full or further order of this Court. Payments should be made to "Clerk of Court" with "No. 19 CR 383" written on the face of each payment and mailed to the United States District Court, 500 Pearl Street, Room 120, New York, New York 10007, Attn: Cashier.

Dated: New York, New York
       April 5, 2021

_____
UNITED STATES DISTRICT JUDGE